UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HASEEB SULTAN SYED,** )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>**MICHAEL CHERTOFF,** *et al.*, )<br>)<br>Respondents. )<br>) | Civil Action No. 07-347 (RCL) |

## ORDER

Docket entries in this case do not reflect that any action has been taken to effect service, or any other action whatsoever since this case was filed almost 5 months ago. Petitioner shall show cause within 10 days of this date why this case should not be dismissed for failure to prosecute.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, July 10, 2007.