IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Haseeb Sultan SYED,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 07-00347 (RCL) |
| **Michael CHERTOFF**, ) | |
| ) | |
| **John P. TORRES**, and ) | |
| ) | |
| **John TSOURKARIS**, ) | |
| ) | |
| Respondents. ) | |

**Notice of Voluntary Dismissal and Response to Court Order**

In response to the Court's Order dated June 10, 2007, the petitioner, Haseeb Sultan Syed, hereby gives notice of voluntary dismissal of these proceedings pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Respectfully submitted,

FOR PETITIONER HASEEB SULTAN SYED

By_____/S/_____
Thomas A. Elliot
(D.C. Bar No. 259713)

ELLIOT & MAYOCK LLP
1629 K Street, N.W., Suite 1250
Washington, D.C. 20006
(202) 429-1725

Attorneys for the petitioner